IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01236-MSK-DBS

LARISSA OVTCHINNIKOVA,

       Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROBERT MATHER, U.S. Citizenship and Immigration Services,
   District Director, Denver District Office,
FEDERAL BUREAU OF INVESTIGATION, and
ROBERT MUELLER, Director, Federal Bureau of Investigations,

       Respondents.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Friday, August 31, 2007 at 4:45 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes to address scheduling. Counsel shall *bring their calendars.*

Dated this 27th day of June, 2007

                             **BY THE COURT:**

                             */s/ Marcia S. Krieger*

                             Marcia S. Krieger
                             United States District Judge