IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01236-MSK-DBS

LARISSA OVTCHINNIKOVA,

        Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROBERT MATHER, U.S. Citizenship and Immigration Services,
    District Director, Denver District Office,
FEDERAL BUREAU OF INVESTIGATION, and
ROBERT MUELLER, Director, Federal Bureau of Investigations,

        Respondents.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the "Plaintiff's Motion to Dismiss" **(#4)** filed July

18, 2007.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with

prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection

with this action.  The Clerk shall close this case.

Dated this 19th day of July, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge